**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL CASE NO. 3:13-CR-204-MOC-DSC**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BOGGS PAVING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants Styx Cuthbertson Trucking Company Inc. and John Cuthbertson's "Application [s] for Admission to Practice Pro Hac Vice [for Beattie B. Ashmore]" (document #26) filed on August 20, 2013. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 20, 2013

David S. Cayer
United States Magistrate Judge